NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000773
11-FEB-2015
11:42 AM

NO. CAAP-11-0000773

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BARBARA ELLEN SHERRILL, Petitioner-Appellant
v.
ESTATE OF THOMAS MICHAEL PICO, JR.,
also known as, THOMAS M. PICO, JR., Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(P. NO. 10-1-0254 (Formal))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on December 5, 2014, is hereby corrected as follows:

1.    On page 6, in the sixteenth line; on page 6, in the second to the last line; on page 11, in the last line; and on page 12, in the first line, the name "Zanakis-Piko" is misspelled and should be corrected to "Zanakis-Pico".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, February 11, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard and Ginoza, JJ.